United States District Court
Northern District of Illinois - CM/ECF LIVE, Ver 2.3 (Chicago)
CIVIL DOCKET FOR CASE #: 1:05-cv-01059

United States Of America v. Polestar Capital Corp.
Assigned to: Honorable Robert W. Gettleman
Demand: $9999000
Cause: 28:1345 Recovery of Erroneous Refund

Date Filed: 02/22/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States Of America**   represented by **Joseph A Stewart**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
ATTORNEY TO BE NOTICED

V.

**Defendant**

**Polestar Capital Corp.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2005 | 1 | COMPLAINT filed by United States Of America. (air, ) (Entered: 02/24/2005) |
| 02/22/2005 | 2 | CIVIL Cover Sheet. (air, ) (Entered: 02/24/2005) |
| 04/04/2005 | 3 | JOINT APPLICATION by Plaintiff United States Of America for entry of consent judgment (gma, ) (Entered: 04/04/2005) |
| 04/04/2005 | 4 | NOTICE of Motion by Joseph A Stewart for presentment of JOINT APPLICATION by Plaintiff United States Of America for entry of consent judgment 3 before Honorable John F. Grady on 4/6/2005 at 11:00 AM. (gma, ) (Entered: 04/04/2005) |
| 04/06/2005 | 5 | MINUTE entry before Judge John F. Grady : Plaintiff's joint application for stipulation for entry of consent judgment 3is granted. Enter consent judgment: It is ordered that judgment is entered in favor of plaintiff, United States of America on behalf of its agency, the U.S. Small Business Administration against the defendant, Polestar Capital, Inc. in the principal sum of $2,266,115.54 plus per diem of $195.62 up to the date of this judgment, together with post-judgment interest at the rate allowed by law. Judicial staff notice (air, ) (Entered: 04/11/2005) |
| 04/06/2005 | 6 | CONSENT Order and Judgment. Signed by Judge John F. Grady on 4/6/2005. No notice (air, ) (Entered: 04/11/2005) |